## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PAUL CHILDRESS**                                                                **PLAINTIFF**

**VS.**                          **CASE NO. 3:15CV00146 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                         **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice.  The relief sought is denied.

DATED this 25th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE